Exhibit 3

# AngelWing Truck Side Guards™

## Side Underride Protection Devices for Large Transportation Trucks and Trailers

### WHAT IS A TRUCK SIDE UNDERRIDE GUARD?

Side guards are protective frameworks fixed to the sides of trucks or other large vehicles preventing cyclists, pedestrians, or passenger vehicle occupants from falling between the front and rear wheels in the event of a side collision. They are designed to cover the large gap or space (underride) between the front cab and the rear wheels.



### WHAT ARE THE BENEFITS OF SIDE GUARDS?

Semi-trailers are often higher than most passenger vehicles so when a side crash occurs, the car goes partially or completely under the truck or trailer causing catastrophic and life changing injuries.

Side guards work by engaging safety accessories like airbags, crash avoidance sensors and other features of cars as well as preventing vehicles from going under the truck and coming into contact with the trailer body of rear wheels and increasing the chance of survival with these types of accidents.

### HOW DO THEY WORK?

AngelWing's dynamic steel frame contruction mounts to the existing cross members of the semi-trailor body and is sold by size in complete kits. They can be easily installed in about two hours and not require any specialized tools.

Fully tested to provide side underride protection should a side collision occur between a semi-trailer and a passenger vehicle at speeds up to 40 mph.

Fully tested by AirFlow Deflector and at the Insurance Institute for Highway Safety (IIHS).



AngelWing can be installed with or without a composite fuel saving side skirt. Should the trailer have an existing skirt, our side guard is compatible with most third party solutions, maintaining SmartWay certification.





### FEATURES AND BENEFITS

- IIHS tested and certified to withstand an impact force of approximately 68,000 lbs (1,500 kg traveling at 40 mph),
- Warrantied for three (3) years,
- Sold in complete sets / by linear feet to suit the application,
- Pricing starting at $2,495.00,
- Features a dynamically structured design not affecting the structure of the semi-trailer,
- Mounts to existing cross members – no welding or specialized tools required,
- Installs in about 2 hours, no special tools required
- Compatible with most side skirts to maintain SmartWay / C.A.R.B certification, Standard Specifications:

- Material:                  Steel - Galvanized
- Measurements:
    Length:                 20' (609 cm)
    Height:                 23" (58.4 cm)
    Width:                  101" (256.5 cm)
- Approximate Weight:    578 - 803 lbs. (262 - 364 kg)





**STATISTICS**

## Defining Underride Collisions

In the most basic definitions, an "underride truck accident" occurs when a collision between a commercial tractor-trailer and a standard-sized passenger vehicle happens. These kinds of crashes result in the vehicle coming to rest underneath or inside the truck, typically shearing off the top of the car.

Underride truck accidents are typically deadly for victims in regular-sized cars because the point of impact happens right at head level. This increases the risk that victims will suffer acute or fatal head trauma at the moment of collision, despite the fact that airbags and other safety equipment probably deployed appropriately. Unfortunately, these types of accidents are also very common. National Highway Transportation Safety Administration (NHTSA) statistics reveal that half of all fatal car-versus-truck accidents are classified as underride truck accidents. Annually, big rigs are also tied to the most fatal underride truck accidents on U.S. roads.

According to NHTSA data, 73% of all fatalities in truck accident in 2014 were the occupants of other vehicles. In 2015, White House and DOT issue call to action to data scientists and public health experts as 2,348 more people died in crashes than in 2014.

Several safety groups and trucking groups, including the Truck Trailer Manufacturers Association (TTMA), are currently petitioning the National Highway Traffic Safety Administration (NHTSA) to improve underride guard standards, which have not changed since the 1990s.

Some petitions also ask the NHTSA and the Federal Motor Carrier Safety Administration (FMCSA) to crack down on companies that allow underride guards to become damaged, bent, or rusted, decreasing their efficacy.

AngelWing Side Guards can prevent or reduce side underride should a collision occur.



Crash test without underride protection
Source: IIHS Crash Test - March 30, 2017



Crash test with AngelWing™ Side Underride Protection device
Source: IIHS Crash Test - March 30, 2017

Crash test with AngelWing, Side guard Device
Source: IIHS Crash Test - August 29, 2017



AngelWing™ Side Underride Protection Device
**Source: http://www.airflowdeflector.com

