# Exhibit 4



**866-717-8737**

# Request for Quotation Form

**To facilitate the request for a quote, please complete and send us the required information relating to the vehicle(s) in question.**

Name: _____

Email: _____   Telephone: _____

Company Name: _____



# Measurements
(If possible, please supply a straight shot picture showing installed equipment - boxes, tanks, etc.)

1. Make of Trailer: _____

2. Space Requirements – Distance from:

    A. From the landing gear to the start of the rear wheels: _____

    B. Does the trailer have a side skirt?   No ___   Yes ___   Make _____ Model _____

    C. Are there any add-on devices (tool box, fuel containers) on the truck?   Yes _____   No _____

        i. If so, please describe: _____
        _____
        _____
        _____
        _____
        _____
        _____
        _____

Please return completed form via email to quotation@airflowdefelctor.com or by fax to 866-272-0452