# Exhibit 6





Charles Wilson

The Wabash National side guard system uses a braided cable and is 40% to 50% lighter than other designs, the company says. See the image below for the system with an aero skirt attached.

TRAILERS

## Wabash prototype: Side underride guard with aero skirt

Charles Wilson | Sep 29, 2017

Wabash National Corp. showed off a 53-ft Duraplate HD trailer with a prototype side impact guard at the inaugural North American Commercial Vehicle Show Sept. 25-28 in Atlanta, GA.

Developed in-house, the combination side impact guard and skirt prototype passed tests for a 90-degree centerline vehicle impact at 35 miles per hour, according to Mark D. Ehrlich, Wabash National product development manager. The system uses a braided cable and is 40% to 50% lighter than other designs.

The Duraplate HD trailer features composite sidewalls constructed of two high-strength galvanized steel skins bonded to a high-density polyethylene core to provide structural stiffness, superior damage resistance, and maximum interior width of 101 inches.

Coin-flush logistic seams are on 50-inch vertical centers ensure a smooth interior. Wabash National's 22.5-inch-high extruded aluminum base rails provide superior resistance to interior and exterior damage. They are bolted in place for greater strength and durability with higher payloads.



**Source URL:** https://www.trailer-bodybuilders.com/trailers/wabash-prototype-side-underride-guard-aero-skirt