Exhibit 7



US008162384B2

(12) **United States Patent**
Giromini et al.

(10) **Patent No.:** **US 8,162,384 B2**
(45) **Date of Patent:** **Apr. 24, 2012**

(54) **SIDE UNDERRIDE CABLE SYSTEM FOR A TRAILER**

(75) Inventors: **Richard J. Giromini**, Lafayette, IN (US); **Leonard William Baker**, Lafayette, IN (US); **Rodney P. Ehrlich**, Monticello, IN (US); **Francis S. Smidler**, Lafayette, IN (US)

(73) Assignee: **Wabash National, L.P.**, Lafayette, IN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 74 days.

(21) Appl. No.: **12/760,802**

(22) Filed: **Apr. 15, 2010**

(65) **Prior Publication Data**

US 2010/0264691 A1 Oct. 21, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/169,933, filed on Apr. 16, 2009.

(51) **Int. Cl.**
**B60J 9/00** (2006.01)
(52) **U.S. Cl.** .................................................. **296/180.4**
(58) **Field of Classification Search** ............... 296/180.4, 296/180.1, 181.5, 186.2; 280/432, 455.1, 280/477
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 357,800 | A | * | 2/1887 | Wescott | 293/128 |
| 495,801 | A | * | 4/1893 | Henthorne | 293/42 |
| 564,027 | A | * | 7/1896 | Pratt | 293/128 |
| 824,541 | A | * | 6/1906 | Hager et al. | 293/118 |
| 1,127,241 | A | * | 2/1915 | Hawksworth | 293/128 |
| 3,608,928 | A | | 9/1971 | Hooker | |
| 4,060,268 | A | * | 11/1977 | Page, Jr. | 293/128 |
| 4,611,847 | A | | 9/1986 | Sullivan | |
| 4,688,824 | A | * | 8/1987 | Herring | 280/762 |
| 4,943,204 | A | * | 7/1990 | Ehrlich | 414/495 |
| 5,152,228 | A | | 10/1992 | Donkin | |
| 5,280,990 | A | | 1/1994 | Rinard | |
| 5,607,200 | A | | 3/1997 | Smidler | |
| 5,673,953 | A | * | 10/1997 | Spease | 293/118 |
| 6,109,675 | A | * | 8/2000 | Sumrall | 293/118 |
| 6,116,667 | A | * | 9/2000 | Torcomian | 293/132 |
| 6,626,475 | B2 | * | 9/2003 | Schroeder | 293/126 |
| 6,644,720 | B2 | * | 11/2003 | Long et al. | 296/180.4 |
| 6,893,079 | B1 | | 5/2005 | Johnson et al. | |
| 6,974,166 | B2 | * | 12/2005 | Ledford et al. | 293/102 |
| 6,974,178 | B2 | | 12/2005 | Ortega et al. | |
| 7,086,674 | B2 | * | 8/2006 | Goertz | 293/132 |
| 7,134,820 | B2 | | 11/2006 | Ehrlich | |
| 7,188,875 | B2 | * | 3/2007 | Norelius | 293/128 |
| 7,407,204 | B2 | * | 8/2008 | Eriksson et al. | 293/102 |
| 7,497,502 | B2 | | 3/2009 | Wood | |
| 7,578,541 | B2 | | 8/2009 | Layfield et al. | |

(Continued)

OTHER PUBLICATIONS

Trailerskirt™ Assembly Instructions, Jun. 12, 2009 REV. 8.0 supersedes all other version, LCL-ENG-045, (7 pages).

(Continued)

*Primary Examiner* — Kiran B Patel

(57) **ABSTRACT**

A side underride cable system configured to be coupled to a trailer includes a front mounting bracket assembly configured to be coupled to the trailer, a rear mounting bracket assembly configured to be coupled to the trailer at a location spaced-apart from the front mounting racket assembly, and a plurality of cables configured to extend at least partially along a length of each side of the trailer between the front mounting bracket assembly and the rear mounting bracket assembly.

**13 Claims, 25 Drawing Sheets**





### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,740,303 | B2 * | 6/2010 | Wood | 296/180.4 |
| 7,748,772 | B2 | 7/2010 | Boivin et al. | |
| 7,780,224 | B2 * | 8/2010 | Roush | 296/180.4 |
| 7,942,466 | B2 * | 5/2011 | Reiman et al. | 296/180.4 |
| 7,967,349 | B2 * | 6/2011 | Puppini et al. | 293/107 |
| 2003/0178611 | A1 | 9/2003 | Anderson | |
| 2005/0161976 | A1 | 7/2005 | Ortega et al. | |
| 2007/0120397 | A1 | 5/2007 | Layfield et al. | |
| 2007/0176466 | A1 | 8/2007 | Dolan et al. | |
| 2008/0116702 | A1 * | 5/2008 | Enz et al. | 293/128 |
| 2009/0189414 | A1 | 7/2009 | Boivin et al. | |
| 2009/0212595 | A1 * | 8/2009 | Heppel et al. | 296/180.4 |
| 2009/0218848 | A1 | 9/2009 | Boivin et al. | |
| 2011/0148142 | A1 * | 6/2011 | Kint | 296/180.4 |

### OTHER PUBLICATIONS

Side Skirt Fairing: Overview. "Aerofficient—Aerodynamic Solution for the Trucking Industry", 2010 Aeroefficient, (13 pages).
2008 Product Catalog for Takler Srl (31 pages).
The International Search Report and the Written Opinion of the International Searching Authority for related International Application No. PCT/US2010/031173, dated Jun. 14, 2010 (14 Pages).

* cited by examiner



FIG. 1



FIG. 2

FIG. 3



FIG. 5



FIG. 4



FIG. 6



FIG. 7



FIG. 8



**FIG. 9**



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 18



FIG. 17



FIG. 20



FIG. 19



FIG. 21

FIG. 22



**FIG. 23**



FIG. 24



**FIG. 25**



**FIG. 26**



**FIG. 27**



FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33

## SIDE UNDERRIDE CABLE SYSTEM FOR A TRAILER

This application claims priority under 35 U.S.C. §119(e) to U.S. Provisional Patent Application Ser. No. 61/169,933 filed Apr. 16, 2009 entitled SIDE SKIRT AND SIDE UNDER-RIDE CABLE SYSTEM FOR A TRAILER, the entirety of which is hereby incorporated by reference herein.

Cross-reference is herein made to U.S. Utility application Ser. No. 12/760,798 filed herewith entitled SIDE SKIRT SYSTEM FOR A TRAILER, the entirety of which is hereby incorporated by reference herein.

### FIELD OF THE INVENTION

The present invention relates generally to semi-trailers, such as van-type trailers, for example. In particular, the present invention relates to both an aerodynamic side skirt system for reducing drag on such a trailer as well as a side underride cable system for preventing an automobile from riding under the trailer in the event of a side impact collision, for example.

### BACKGROUND

To reduce wind flow resistance and drag on a trailer, truck, semitrailer, or other vehicle, side skirts have been used which extend downwardly from a bottom of the trailer and/or chassis toward the roadway to partially enclose the floor assembly and undercarriage.

Air flow passing under a ground vehicle imparts a drag force to the vehicle when it impinges on and flows around the vehicle undercarriage components attached to or a part of the underside of a vehicle. Side skirt systems are designed to prevent or control the flow of air from entering the undercarriage region from the side of the ground vehicle, such as a trailer of a tractor-trailer truck system, for example. Such reduction on the drag of the ground vehicle may operate to conserve fossil fuels as well as other sources of vehicle drive power for hybrid vehicles, battery-operated vehicles, and alternative fuel-based vehicles, for example.

Truck trailers typically have a higher elevation than passenger vehicles. This presents a risk that a passenger vehicle will underride the trailer in an accident, potentially resulting in damage to the underriding vehicle and injury to occupants therein. Accordingly, some trailers may include a side protection device, or underride guard, in order to reduce the risk of such passenger vehicles underriding the trailer. The side protection device is intended to reduce the extent to which a "passenger vehicle" (as defined in 49 C.F.R. Part 571§) can intrude under the side of a trailer, diminishing passenger compartment intrusion.

### SUMMARY

The present invention may comprise one or more of the features recited in the attached claims, and/or one or more of the following features and combinations thereof.

According to one aspect of the present disclosure, a side underride cable system configured to be coupled to a trailer includes a front mounting bracket assembly configured to be coupled to the trailer, a rear mounting bracket assembly configured to be coupled to the trailer at a location spaced-apart from the front mounting bracket assembly, and a plurality of cables configured to extend at least partially along a length of each side of the trailer between the front mounting bracket assembly and the rear mounting bracket assembly.

In one illustrative embodiment, the side underride cable system may further include a front plurality of cables coupled to the front mounting bracket assembly and extending across a front width of the trailer and a rear plurality of cables coupled to the rear mounting bracket assembly and extending across a rear width of the trailer.

In another illustrative embodiment, each of the front and rear mounting bracket assemblies may include a pair of spaced-apart flange members configured to be coupled to the trailer, a corner post coupled to each flange member, and a cross-brace coupled to and configured to extend between each corner post. Illustratively, each cable of the plurality of cables may be coupled to one of the flange members of the front and rear bracket assemblies. Alternatively, each cable of the plurality of cables may be coupled to one of the corner posts of the front and rear bracket assemblies. Further illustratively, each corner post may include a plurality of curved cable guides such that each cable guide is configured to receive a cable therethrough in order to change the orientation of the cable by approximately 90 degrees.

In still another illustrative embodiment, the side underride cable system may also include a turn buckle coupled to each cable in order to allow a user to tension the cable as desired.

In yet another illustrative embodiment, the side underride cable system may also include a generally vertical cable support configured to be coupled to the trailer. Illustratively, each cable of the plurality of cables may extend through an aperture formed in the vertical cable support.

According to another aspect of the present disclosure, a side underride cable system configured to be coupled to a trailer includes a first plurality of cables configured to be coupled to the trailer and to be positioned below a first side wall of the trailer to extend at least partially along a length of the first side wall of the trailer. Illustratively, each of the cables of the first plurality of cables is parallel to each other cable and to the first side wall of the trailer.

In one illustrative embodiment, the side underride cable system may also include (i) a first vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent a front end of the trailer and (ii) a second vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent a rear end of the trailer. Illustratively, the first plurality of cables may be coupled to and may extend between the first and second vertical posts. Further illustratively, the side underride cable system may also include a cross-brace coupled to and extending between the first and second vertical posts across a width of the trailer.

In another illustrative embodiment, the side underride cable system may also include a second plurality of cables configured to be coupled to the trailer and to be positioned below a second side wall of the trailer to extend along a length of the second side wall of the trailer. Illustratively, each of the cables of the second plurality of cables may be parallel to each other cable and to the second side wall of the trailer. Illustratively, the side underride cable system may also include (i) a first vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent a front end of the trailer and (ii) a second vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent a rear end of the trailer, (iii) a third vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent the front end of the trailer and (iv) a fourth vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent the rear end of the trailer. Illustratively, the first plurality of cables may be coupled to and extend between the first and second vertical posts and the

3

second plurality of cables may be coupled to and extend between the third and fourth vertical posts.

Further illustratively, the side underride cable system may also include a first cross-brace coupled to and extending between the first and second vertical posts across a width of the trailer, and (ii) a second cross-brace coupled to and extending between the third and fourth vertical posts across the width of the trailer. Illustratively, side underride cable system may also include a front plurality of cables extending across a front width of the trailer and a rear plurality of cables extending across a rear width of the trailer. Further illustratively, the first, second, front, and rear plurality of cables may be coupled to each other, and each of the first, second, third, and fourth vertical posts may illustratively include a plurality of curved cable guides such that each cable guide receives a cable therethrough in order to change the orientation of the cable by approximately 90 degrees.

In still another illustrative embodiment, the side underride cable system may also include a turn buckle coupled to each cable of the first plurality of cables to allow a user to tension the cable.

In yet another illustrative embodiment, the side underride cable system may also include a plurality of generally vertical cable supports configured to be coupled to and extend downwardly from the trailer. Illustratively, each cable support may include a plurality of vertically-aligned apertures such that each cable of the first plurality of cables may extend through one of the plurality of vertically-aligned apertures of each of the plurality of vertical cable supports.

According to yet another aspect of the present disclosure, a side skirt and side underride cable system configured to be coupled to a trailer includes a side skirt wall configured to be coupled to one side of the trailer to extend below a side wall of the trailer at least partially along a length of the trailer. Illustratively, the side skirt wall is configured to tilt laterally outwardly and laterally inwardly with respect to a vertical axis generally parallel to the side wall of the trailer. The system further includes a plurality of cables configured to be coupled to the trailer and configured to extend at least partially along a length of the one side of the trailer. Illustratively, the plurality of cables and the side skirt wall are generally parallel to each other.

In one illustrative embodiment, the plurality of cables and the side skirt wall may be coupled to each other.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a trailer and an aerodynamic side skirt system coupled to the trailer between the rear wheels and the front support of the trailer.

FIG. 2 is a perspective view of one of the aerodynamic side skirt system coupled to the trailer of FIG. 1.

FIG. 3 is an enlarged, perspective view of a portion of the side skirt system of FIG. 2 showing a mounting bracket assembly of the side skirt system.

FIG. 4 is an exploded, perspective view of one of the mounting bracket assembly of the side skirt system of FIGS. 1-3.

FIG. 5 is a sectional view taken through the mounting bracket assembly of FIG. 4.

FIG. 6 is a sectional view of the side skirt system of FIGS. 1-5 showing the side skirt system tilted laterally inwardly, and in a generally vertical, non-tilted position.

FIG. 7 is a side view of a lower portion of the side skirt system showing a flexible flap of the side skirt system.

4

FIG. 8 is a side view of the flexible flap showing the flap in a flexed position.

FIG. 9 is an exploded, perspective view of another mounting bracket assembly of the present disclosure.

FIG. 10 is a sectional view of a portion of another side skirt system including the mounting bracket assembly of FIG. 9 and showing the side skirt system tilted laterally inwardly.

FIG. 11 is a sectional view similar to FIG. 10 showing the side skirt system in a generally vertical, non-tilted position.

FIG. 12 is a perspective view of yet another side skirt system including a mounting bracket assembly having a torsion spring;

FIG. 13 is a side view of yet another side skirt system including a mounting bracket assembly having a leaf spring;

FIGS. 14-16 are enlarged side views of a portion of the side skirt system of FIG. 13 showing the side skirt assembly tilted laterally outwardly, in a vertical position, and tilted laterally inwardly, respectively;

FIG. 17 is a perspective view of still another side skirt system including yet another mounting bracket assembly.

FIG. 18 is a side view of the mounting bracket assembly of FIG. 17.

FIG. 19 is a perspective view of yet another side skirt system including another mounting bracket assembly.

FIG. 20 is a side view of the mounting bracket assembly of FIG. 19.

FIG. 21 is a perspective view of a trailer including a side underride cable system coupled thereto in order to reduce the risk of vehicles sliding laterally under the floor assembly of the trailer in a side impact collision, for example.

FIG. 22 is a side view of the trailer of FIG. 21.

FIG. 23 is a perspective view of one of the mounting bracket assemblies of the side underride cable system.

FIG. 24 is a side view of a portion of another mounting bracket assembly for another side underride cable system showing cables of the system where the cables of the system extend across a front and rear width of the system.

FIG. 25 is an end view of the mounting bracket assembly of FIG. 24 showing lateral cables extending across a width of the trailer.

FIG. 26 is a plan view of a portion of the mounting bracket assembly of FIGS. 24 and 25 showing a corner cable guide for threading cable therethrough.

FIG. 27 is a perspective view of a corner portion of the mounting bracket assembly of FIGS. 24-26 showing the corner cable guide.

FIG. 28 is a perspective view of a tether assembly of the present disclosure for use with one of the side skirt systems showing the tether assembly coupled to a cross member of the trailer and the side skirt wall of the skirt system.

FIG. 29 is an exploded, perspective view of the tether assembly of FIG. 28.

FIG. 30 is a perspective view of the tether assembly of FIG. 28 coupled to the side skirt system and showing the side skirt wall in an outward position, a vertical position, and an inward position.

FIG. 31 is a perspective view of another tether assembly coupled to the side skirt system and the trailer.

FIG. 32 is a perspective view of still another tether assembly coupled to the side skirt system and the trailer.

FIG. 33 is a side view of a trailer including both a side underride cable system and a side skirt system, showing the side skirt system able to be positioned both laterally outwardly of the cable system and laterally inwardly of the cable system.

DESCRIPTION OF THE ILLUSTRATIVE
EMBODIMENTS

For the purposes of promoting an understanding of the principles of the invention, reference will now be made to a number of illustrative embodiments shown in the attached drawings and specific language will be used to describe the same. While the concepts of this disclosure are described in relation to a trailer, it will be understood that they are equally applicable to other semi-trailers generally, and more specifically to conventional flat-bed and/or box or van type trailers, examples of which include, but should not be limited to, straight truck bodies, small personal and/or commercial trailers and the like.

Looking first to FIGS. 1-8, a trailer 10 includes an aerodynamic skirt system 12 coupled to and extending downwardly from each side wall 14 of the trailer 10. Illustratively, the skirt system 12 operates to improve the aerodynamic efficiency of the trailer 10 by reducing drag and wind flow under the trailer 10. In particular, the skirt system 12 operates to reduce airflow under the trailer 10 while the trailer 10 is traveling down the road. This reduction of airflow under the trailer 10 may increase the fuel efficiency, or the efficiency of any other such source of vehicle drive power, of the tractor/trailer combination. Illustratively, the skirt system 12, as well as other skirt systems described herein, extends below a side wall 14 of the trailer 10 at least partially along a length of the trailer. In particular, as is discussed in detail below, the skirt system 12 extends generally between the landing gear 24 and the rear wheel assembly 22 of the trailer 10. However, the skirt systems described herein may be modified to extend along a greater or a lesser length of the trailer 10 than what is illustratively shown in the figures. In other words, the skirt systems disclosed herein may be modified to extend along the entire, or substantially the entire, length of the trailer 10 or may be modified to extend along only a small portion of the length of the side of the trailer 10.

As shown in FIG. 1, the trailer 10 includes side walls 14, a front end wall 16, a rear end wall 18, and a roof 20 defining an inside storage portion (not shown) able to store various articles or good therein. The trailer 10 further includes a rear wheel assembly 22 and a front support or landing gear 24 each coupled to a bottom wall or floor assembly 26 of the trailer 10. Illustratively, the floor assembly 26 of the trailer 10 includes various laterally-extending cross members 40 and right and left base rails 260 coupled to the cross members and extending along a length of the trailer 10. The front end of the trailer 10 is configured to be coupled to a tractor (not shown) for towing the trailer 10 thereon thus providing a tractor-trailer assembly. It should be understood that while the aerodynamic side skirt system 12 is shown for use with a trailer 10, the side skirt system 12 may be coupled to any vehicle to reduce the drag thereon. As shown in FIG. 1, the skirt system 12 is coupled to the floor assembly 26 of the trailer 10 to extend downwardly from a base rail 260 of the trailer. Illustratively, the side skirt system 12 is positioned between the wheel assembly 22 and the front support 24 in order to prevent air from flowing laterally under the floor assembly 26 of the trailer 10 as the trailer 10 is towed by a tractor.

Illustratively, the trailer 10 includes two aerodynamic skirt systems 12. In particular, one system 12 is coupled to one side of the floor assembly 26 of the trailer 10 to extend downwardly from the floor assembly 26 generally parallel to the corresponding side wall 14 of the trailer 10 while the other system 12 is coupled to the other side of the floor assembly 26 to extend downwardly from the floor assembly 26 generally parallel to the corresponding side wall 14 of the trailer 10. For

purposes of the description herein, however, only one skirt system 12 will be described herein. However, it should be understood that the two skirt systems 12 of the trailer 10 are identical in configuration and function.

As shown in FIGS. 1 and 2, the skirt system 12 includes a side skirt wall 30 having three wall panels 32 coupled to each other by an H-member 41, shown in FIGS. 2 and 3. Illustratively, the H-member is generally H-shaped when viewed in cross-section to define two channels such that adjacent wall panels 32 are each received within one of the channels of the H-member 41. The wall panels 32 are further secured to each other and to the trailer 10 by a mounting bracket assembly 34. Illustratively, a first mounting bracket assembly 34 is positioned between and coupled to the middle and rear-most wall panels 32 while a second mounting bracket assembly 34 is positioned between and coupled to the middle and front-most wall panels 32. A third mounting bracket assembly 34 is coupled to the rear-most wall panel 32 while a fourth mounting bracket assembly 34 is coupled to the front-most wall panel 32. Illustratively, while the skirt system 12 includes four mounting bracket assemblies 34 and three wall panels 32, it is within the scope of this disclosure to provide a skirt system 12 having any number of mounting bracket assemblies 34 and any number of wall panels 32. Further, it is within the scope of this disclosure for the skirt system 12 to include a single, unitary wall panel 32 as well.

As is discussed in greater detail below, the mounting bracket assemblies 34 are configured to couple the wall portions 32 of the skirt system 12 to the floor assembly 26 of the trailer 10. Furthermore, the mounting bracket assemblies 34 allow the skirt system 12 to tilt laterally both inwardly and outwardly relative to the floor assembly 26 of the trailer 10, as shown in FIG. 6, for example. The ability of the skirt wall 30 to tilt bi-laterally relative to the cross member 40 (i.e., to tilt both inwardly and outwardly relative to the cross-member 40) allows the skirt wall 30 to potentially avoid damage when the trailer 10 traverses into or over a fixed, immovable obstacle, for example, and thus runs laterally into the obstacle, for example. It should also be understood, however, that the skirt system 12 be sufficiently rigidly mounted to the floor assembly 26 such that the skirt system 12 is generally prevented from tilting under normal wind and road air forces.

Illustratively, each wall panel 32 is made of a composite material. For example, the composite material may include a plastic core and metal outer skins coupled to the plastic core. Such a composite material provides a rigid, but lightweight and durable material. Illustratively, for example each wall panel 32 may be made of a DURAPLATE® composite panel provided by Wabash National Corporation of Lafayette, Ind. DURAPLATE® composite panels are constructed of a high-density polyethylene plastic core bonded between two high-strength steel skins. It should be understood that other suitable composite materials may be used as well. Further, the wall panels 32 may be of any number of suitable, non-composite materials such as metals, metal alloys, and/or plastics, for example.

As shown in FIG. 2, the skirt system 12 further includes a flexible flap 36 coupled to the bottom edge of the wall panels 32. Illustratively, the flexible flap 36 is made of plastic. However, other suitable materials may be used as well. As is discussed in greater detail below, the flexible flap 36 is further operates to resist airflow and may prevent damage to the skirt wall 30 from forces applied vertically such as in situations where the trailer 10 may traverse over a curb or railroad track where the road surface is not flat. In such instances, for example, the flap 36 is configured to bend, or flex to prevent damage to the skirt wall 30.

7

As shown in FIG. **2**, the skirt system **12** includes a single, unitary flap **36** coupled to the three wall panels **32**. However, it is within the scope of this disclosure to include any number of flexible flaps **36**. Further illustratively, the wall panels **32** make up approximately 70% of the total height of the skirt wall **30** while the flap **36** makes up approximately the lower 30% of the total height of the skirt wall **30**. Of course, it is within this disclosure to include wall panels and/or flaps having other suitable heights as well.

Looking now to FIGS. **4** and **5**, each mounting bracket assembly **34** is coupled to a cross-member **40** of the floor assembly **26** of the trailer **10**. Illustratively, each mounting bracket assembly **34** includes a channel mount **42** configured to be coupled to adjacent wall panels **32** of the side wall **30**, a mounting plate **44**, and an extension spring **46**. As shown in FIGS. **4** and **5**, the mounting plate **44** includes a base wall **50** and two side flanges **52** coupled to and angled downwardly from each side of the base wall **50**. Illustratively, the mounting plate **44** is coupled to the cross-member **40** by a U-bolt **48** received through two apertures **54** formed in the base wall **50** of the mounting plate **44**. The U-bolt **48** includes threaded ends **56** which are each received through a respective aperture **58** formed in the bottom, horizontal flange **59** of the cross-member **40**. Nuts **60** are threaded onto the ends **56** to secure the U-bolt **48** and the mounting plate **44** to the cross-member **40**. Illustratively, while a U-bolt is shown and described herein, it is also within the scope of this disclosure to use an eye bolt or other such fastener onto which the spring **46** may be coupled (as is discussed below).

The channel mount **42** of the mounting bracket assembly **34** includes spaced-apart side walls **62**, a top wall **64** coupled to each side wall **62**, a rear wall **66** including side flanges **67** extending outwardly therefrom, as shown in FIG. **4**, and a front wall **65** coupled to each side wall **62**. Illustratively, the side walls **62**, front wall **65**, and rear wall **66** cooperate to define a passageway **63** therebetween. While the channel mount **42** is shown to include the front wall **65**, it is within the scope of this disclosure to include a channel mount lacking such a front wall in order to gain access to the extension spring **46** positioned within the passageway **63**. Illustratively, each side flange **67** includes a plurality of apertures **68** formed therein. Each aperture **68** is configured to receive a fastener (not shown) such as a bolt, rivet, or screw, for example, in order to couple the channel mount **42** to a wall panel **32**. The top wall **64** of the channel mount **42** includes an aperture **70** configured to receive the U-shaped portion of the U-bolt **48** therein. A bolt **72** is received through an aperture **74** formed in each side wall **62** of the channel mount **42**. The bolt **72** is secured to the channel mount **42** by a nut **76** such that the bolt **72** extends horizontally across the passageway **63** of the channel mount **42**. As shown in FIGS. **4** and **5**, the bolt is positioned below and spaced-apart from the top wall **64** of the channel mount **42**. Illustratively, the bolt **72** operates as a bridge or an arm extending between and coupled to each of the side walls **62** of the channel mount **42**. Illustratively, it should be understood that any suitable structure may be positioned between and coupled to one or more of the side walls **62** in order to provide an anchor for the extension spring **46**, as discussed below.

The extension spring **46** is coupled at a first, upper end to the U-shaped portion of the U-bolt **48** while a second, lower end of the extension spring **46** is coupled to the bolt **72**. In use, therefore, the mounting bracket assembly **34** is tiltable relative to the cross-member **40** of the trailer **10**. In particular, the channel mount **42**, including the spring **46** and the bolt **72**, is laterally tiltable relative to the cross-member **40** while the U-bolt **48** and the mounting plate **44** remain generally sta-

8

tionary with the cross-member **40**. As shown in FIG. **6**, for example, the channel mount **42** and the side wall **30** mounted thereto are laterally tiltable outwardly in a direction **74** away from the trailer **10** and inwardly **76** in a direction toward the floor assembly **26** of the trailer **10**. Illustratively, the flanges **52** of the mounting plate **44** operate as a stop to prevent further tilting movement of the channel mount **42** relative to the mounting plate **44** in both the outward and the inward directions **74**, **76**. Further illustratively, the channel mount **42** is configured to tilt approximately 30 degrees outwardly and 30 degrees inwardly relative to its vertical position. However, it is within the scope of this disclosure to provide a channel mount **42** configured to tilt relative to the cross-member **40** of the trailer **10** any suitable degree.

Looking now to FIGS. **7** and **8**, the flap **36** of the side skirt assembly **12** is shown. Illustratively, the lower flap **36** includes an upper head **90** and an elongated portion **92** extending downwardly therefrom. A cross-section of the elongated portion **92** is tapered from the upper end to the lower end of the portion **92**. Further, the lower end of the portion **92** is bendable and flexible (as shown in FIG. **8**) to allow the lower flap **36** to bend in circumstances where the side skirt assembly **12** engages a raised object as the trailer **10** is being towed. The head **90** of the flap **36** includes an aperture **94** configured to receive a fastener **96** therethrough. Illustratively, the fastener **96** is also received through an aperture (not shown) in a bottom end of one of the wall portions **32** in order to secure the flap **36** to the wall panels **32**. Further, a strip of tape **98** is provided between the head **90** of the flap **36** and the bottom end of the wall portions **32** in order to further secure the flap **36** to the wall panels **32**.

Looking now to FIGS. **9-11**, another mounting bracket assembly **134** is provided of a skirt system **112**. Illustratively, the mounting bracket assembly **134** includes a channel mount **142**, a plate **144**, and a spring **146**. Similar to the assembly **34**, the mounting bracket assembly **134** is coupled to the cross-member **40** of the trailer **10** for lateral tilting movement relative thereto. Illustratively, the plate **144** is made of plastic and operates as a wear pad between the tiltable channel mount **142** and the cross-member **40**. Of course, while the plate **144** is made of plastic, it is within the scope of this disclosure for the plate **144** to be made of other suitable materials as well.

Illustratively, the channel mount **142** is similar to the channel mount **42** of the mounting bracket assembly **34** discussed above. As such, the same reference numbers are used to denote the same or similar features. For example, the channel mount **142** includes side walls **62**, a front wall **65**, and a rear wall **66** defining flange portions **67** having apertures **68** formed therein in order to attach a wall panel **32** of the skirt wall **30** thereto. The walls **62**, **65**, **66** of the channel mount **142** cooperate to define a passageway **63** therebetween. A bolt **150** of the channel mount **142** is received within a spring retainer **152** and the spring **146** is positioned around the spring retainer **152**. Illustratively, the spring retainer **152** defines a guide tube which operates as a stop for the nut **162** when the spring **146** is compressed during tilting movement of the channel mount **142** relative to the cross-member **40**. The bottom end of the bolt **152** is received through an aperture **158** formed in the flange **59** of the cross-member **40** of the trailer **10** such that the spring retainer **152** and spring **146** are positioned above the flange of the cross-member while a bottom end of the bolt **150** is received through the aperture **158** as well as an aperture **154** formed in the mounting plate **144** and is secured thereto by a washer **160** and a nut **162**, as shown in FIGS. **10** and **11**.

An access cover **164** is configured to be received within an access aperture **166** formed in the front wall **65** of the channel

mount **142** in order to provide a user access to the nut **162** used to secure the bolt **150** to the channel mount **142** and cross-member **40**. Illustratively, the access cover **164** may be made of plastic or rubber; however, it is within the scope of this disclosure to provide an access cover made of any suitable material. Illustratively, while the lock nut **162** is provided to secure the bolt **150** to the channel mount **142** and the cross-member **40**, it is within the scope of this disclosure to use another fastener such as a castle-type nut with a cotter pin, for example.

In use, the mounting bracket **134** operates the substantially the same as the mounting bracket assembly **34** in that the channel mount **142** is tiltable relative to the cross-member **40** of the trailer **40** in order to allow the skirt wall **30** coupled to the channel mount **142** of each mounting bracket assembly **134** to tilt therewith. Illustratively, the mounting bracket **134** is tiltable from its vertical position (shown in FIG. **11**) both laterally inwardly (as shown in FIG. **10**) as well as laterally outwardly to provide a side skirt assembly **112** that is able to potentially avoid damage when the trailer **10** traverses into or over a fixed, immovable obstacle, for example.

Looking now to FIG. **12**, yet another side skirt system **212** including another mounting bracket assembly **234** is provided to couple the skirt wall **30** to the base rail **260** coupled to the cross-member **40** of the trailer **10**. Illustratively, the mounting bracket assembly **234** includes a torsion spring **236** including an upper arm **248**, a spring body **250**, and a lower arm **252**. The upper arm **248** is coupled to the base rail **260** of the floor assembly **26** of the trailer **10** that is illustratively coupled to the cross-members **40** of the trailer **10**, as shown in FIG. **12**. The upper arm **248** of the torsion spring **234** includes a plurality of apertures **262** each configured to receive a fastener (not shown) therethrough in order to secure the upper arm **248** to the base rail **260**. Similarly, the lower arm **252** of the torsion spring **234** includes a plurality of apertures **262** configured to receive a fastener therethrough in order to secure the lower arm **252** to an upper end portion of the skirt wall **30**. Similar to the mounting bracket assemblies **34**, **134** described above, the mounting bracket assembly **234** shown in FIG. **12** similarly allows the skirt wall **30** to tilt laterally both inwardly and outwardly relative to the cross-member **40** in order to provide a side skirt assembly **112** that is able to potentially avoid damage when the trailer **10** traverses into or over a fixed, immovable obstacle, for example.

Looking now to FIGS. **13-16**, still another side skirt assembly **312** including a mounting bracket assembly **334** is provided to couple the skirt wall **30** to the trailer **10**. Illustratively, the mounting bracket assembly **334** includes a leaf spring **346** and a spacer **348** coupled to the skirt wall **30**. The leaf spring **346** includes an upper end portion coupled to the base rail **260** of the floor assembly **26** of the trailer **10** by fasteners, such as bolts **352** received through apertures in both the base rail **260** and the leaf spring **346**. Illustratively, the bolts **352** are secured to the base rail **260** and leaf spring **346** by nuts **354**. Of course, it should be understood that other fasteners, such as rivets, screws, and/or welds may be used as well. The spacer **348** of the assembly **334** is positioned between and coupled to each of the wall panels **32** of the skirt wall **30** and the portion of the leaf spring **346** which hangs below the cross-member **40**, as shown in FIG. **14**. Fasteners, such as rivets **360** are received through apertures in the wall panels **32**, the spacer **348** and the leaf spring **346** in order to couple the three components together. Illustratively, the spacer **348** is made of plastic; however, it should be understood that any suitable material may be used. Similar to the mounting bracket assemblies **34**, **134**, **234** described above, the mounting bracket assembly **334** shown in FIGS. **13-16** similarly

allows the skirt wall **30** to tilt laterally both inwardly (as shown in FIG. **16**) and outwardly (as shown in FIG. **14**) relative to the cross-member **40** in order to provide a side skirt assembly **112** that is able to potentially avoid damage when the trailer **10** traverses into or over a fixed, immovable obstacle, for example.

Looking now to FIGS. **17** and **18**, still another side skirt system **412** having another mounting bracket assembly **434** is provided to couple the skirt wall **30** to the trailer **10**. Illustratively, the mounting bracket assembly **434** is coupled directly to the base rail **260** of the floor assembly **26** of the trailer **10** and includes an L-shaped mount bracket **436**, a U-shaped support **438**, and a channel mount **442**. The channel mount **442** is similar to the channel mounts **42** described above and includes two side walls **482**, a front wall **465** coupled to one end of the side walls **482**, and side flanges **467** each coupled to the other end of one of the side walls **482**. Illustratively, the skirt wall (not shown in FIGS. **17** and **18**) is coupled to the flanges **467** of the channel mount **442** in order to tilt with the channel mount **442** relative to the cross-member **40** of the trailer **10**.

Illustratively, the L-shaped bracket **436** include a first vertical arm **450** adjacent and coupled to the inside surface of the base rail **260** by two fasteners, such as the nuts and bolts **452**, **454**. A horizontal seat of the **456** of the bracket **436** is coupled to the first vertical arm **450** and extends in a direction away from the base rail **260** while a second, shorter vertical arm **458** is coupled to the seat **456** and is parallel to and spaced-apart from the first vertical arm **450**. A spring mount **460** is rigidly coupled to the seat **456** of the bracket **436** and extends upwardly therefrom. The spring mount **460** includes a spring-receiving post **462** and an upper wall **464** coupled to the post **462**. As is discussed in greater detail below, an upper end of the compression spring **446** engaged with the upper wall **464** while a lower end of the spring **446** is engaged with the U-shaped support **438**.

The U-shaped support **438** includes a generally horizontal member **470** and an arm portion **472** coupled to each end of the horizontal member **470** such that the arm portions **472** are generally parallel to and spaced-apart from each other. As shown in FIGS. **17** and **18**, the horizontal member **470** rests upon and is engaged with the seat **456** of the bracket **436** and is positioned such that the arms **472** of the support **438** hang downwardly. A slot **474** formed in the horizontal member **470** of the U-shaped mount receives the post **462** of the spring mount **460** therethrough. Illustratively, therefore, the bottom end of the spring **446** rests on and is engaged with the upper surface of the horizontal member **470** of the mount **438**. Each arm **472** of the U-shaped mount **438** is coupled to a respective one of the side walls **482** of the channel mount **442**. Illustratively, the arms **472** are welded to the side walls **482**; however, it is within the scope of this disclosure to couple the channel mount **442** and the mount **438** using other suitable fasteners, such as bolts, rivets, screws, etc. Similar to the mounting bracket assemblies **34**, **134**, **234**, **334** described above, the mounting bracket assembly **434** shown in FIGS. **17** and **18** similarly allows the skirt wall **30** to tilt laterally both inwardly and outwardly relative to the cross-member **40** in order to provide a side skirt assembly **112** that is able to potentially avoid damage when the trailer **10** traverses into or over a fixed, immovable obstacle, for example.

Looking now to FIGS. **19** and **20**, another side skirt system **512** including another mounting bracket assembly **534** is provided. The mounting bracket assembly **534** is similar to the mounting bracket assembly **434** shown in FIGS. **17** and **18**; as such, like reference numerals are used to denote the same or similar components. In contrast to the assembly **434**,

the assembly **534** includes an alternative mount bracket **536** coupled to the base rail **260** of the trailer floor assembly **26**. The bracket **536** includes spaced-apart side walls **550**, **552**, a top wall **554**, and a bottom wall **556** thus defining a generally rectangular structure. The post **462** of the spring mount **460** is coupled to and extends between the top and bottom walls **554**, **556** of the bracket **534** and the spring **462** is mounted thereon. The arms **472** of the U-shaped mount **438** are coupled to the side walls **482** of the channel mount **442** by fasteners, such as rivets **444**. Further, the seat **456** of the U-shaped mount **438** does not include any slot **474** therethrough. Rather, the seat **456** includes an aperture (not shown) through which the post **462** of the spring mount **460** extends. Similar to the mounting bracket assemblies **34**, **134**, **234**, **334**, **434** described above, the mounting bracket assembly **5334** shown in FIGS. **19** and **20** similarly allows the skirt wall **30** to tilt laterally both inwardly and outwardly relative to the cross-member **40** in order to provide a side skirt assembly **112** that is able to potentially avoid damage when the trailer **10** traverses into or over a fixed, immovable obstacle, for example.

Illustratively, the side skirt systems shown in FIGS. **1-20** include skirt walls which are generally parallel to the side walls **14** of the trailer **10**. However, it is also within the scope of this disclosure to include a side skirt system having a skirt wall which is angled relative to the side walls **14** of the trailer **10** when the trailer **10** is viewed from above in a plan view, for example. In particular, each of the right and left skirt walls may be installed inwardly from the side walls **14** of the trailer **10** at the front end of the trailer **10** to mount a front end of each skirt wall directly to or adjacent to the landing gear **24** of the trailer **10**. In such an embodiment, each skirt wall is angled outwardly from the front end of the skirt wall to the rear end of the skirt wall. Of course, it is also within the scope of this disclosure to angle each skirt wall outwardly from the rear end of the skirt wall to the front end of the skirt wall such that the rear end of the skirt wall is mounted to the trailer **10** at a location inward from the side walls **14** of the trailer.

Further illustratively, the skirt wall **30** shown and described above includes three wall panels **32** coupled to each other by an H-member **41** and a single flexible flap **36** coupled to the bottom edge of the wall panels **32** to provide a skirt wall **30** that tilts outwardly and inwardly as a single unit. However, it is also within the scope of this disclosure to provide a skirt wall wherein the wall panels **30** are able to tilt laterally both inwardly and outwardly generally independently of each other. In such an embodiment, the skirt wall may include a single flexible flap, or may include multiple flap panels each coupled to one of the wall panels **32**. Further, such a side skirt system may include the multiple wall panels **32** without the H-member **41** therebetween and an alternative channel mount **50** (not shown) coupled to adjacent wall panels **32** that is able to bend or flex to allow the wall panels **32** to tilt relatively independent of each other. In particular, such an alternative channel mount may be similar to the channel mount **42** shown in FIG. **4**, for example. However, the alternative channel mount may be formed to exclude the rear wall **66** of the channel mount **42** such that the alternative channel mount includes only spaced-apart side walls (such as side walls **62**), a front wall (such as front wall **65**) and a side flange extending outwardly from each side wall (such as side flanges **67**). Each side flange may similarly be coupled to one of two adjacent wall panels **32**. However, without the H-member **41** interconnecting adjacent wall panels **32** and without any rear wall of the alternative channel mount, the wall panels **32** are able to tilt outwardly and inwardly relatively independent of each other due. Alternatively, the side skirt system may include separate channel mounts each coupled to a single wall panel

**32** in order to allow the wall panels **32** to tilt laterally relatively independent of each other.

Looking now to FIGS. **21-27**, a trailer **600** includes a side underride system **610** coupled to the floor assembly **26** of the trailer **600**. As is discussed in greater detail below, the side underride system extends below and generally along the side walls **14** (shown in FIG. **22**) of the trailer **600** in order to prevent an automobile from riding under the trailer **600** in the event of a side impact collision, for example. Illustratively, the side underride system **610** includes front and rear mounting bracket assemblies **612**, **614** coupled to the floor assembly **26** of the trailer **600** and a cable system **630** extending therebetween. As shown in FIGS. **21** and **22**, the rear assembly **614** is positioned near the rear wheel assembly **22** and the front assembly **612** is positioned near the landing gear **24** of the trailer **600**. It should be understood, however, that the front and rear mounting bracket assemblies **612**, **614**, as well as any other front and rear mounting bracket assemblies disclosed herein, may alternatively be coupled to the trailer **600** at other locations along the length of the trailer **600**. In particular, the mounting bracket assemblies **612**, **614** may be coupled to the trailer **600** and positioned in spaced-apart relation to each other such that the cable system **630**, as well as any other cable system disclosed herein, extends along the entire, or substantially the entire, length of the trailer **600**. Alternatively, the mounting bracket assemblies **612**, **614** may be coupled to the trailer **600** and positioned in spaced-apart relation to each other such that the cable system **630** extends along only a small portion of the length of the side of the trailer **10**.

The front mounting bracket assembly **612** is shown in FIG. **23** and includes side flange members **620** configured to be coupled to the base rail **260** (shown in FIG. **24**) of the trailer **600**, a vertical corner post **622** coupled to each side flange member **620**, a cross-brace **624** coupled to and extending between the corner posts **622**, and support braces **626** each coupled at one end to a respective corner post **622** and at an opposite end to the cross-brace **624**. Illustratively, the flange members **620** are generally triangular in shape and are each welded to the adjacent corner posts **622**; however, it is within the scope of this disclosure to couple the flange members **620** and the posts **622** together using fasteners such as rivets, bolts, screws, etc. Similar to the flange members **620**, the corner posts **622** are each configured to be coupled to the base rail **260** of the trailer **600** using a fastener such as a rivet, screw, bolt, etc. Illustratively, while only the front mounting bracket assembly **612** is shown and described in detail herein, it should be understood that the rear mounting bracket assembly **614** is the same as or substantially similar to the front mounting bracket assembly **612**. Accordingly, the rear mounting bracket assembly **614** also includes side flange members configured to be coupled to the base rail **260** of the trailer **600**.

As shown in FIGS. **21** and **22**, the side underride system **610** further includes a cable system **630** including a plurality of cables extending at least partially along a length each of the right and left sides of the trailer **600** from the front mounting bracket assembly **612** to the rear mounting bracket assembly **614**. The cable system **630** includes three cables **632** which are each coupled to and terminate in a bottom portion of the corner post **622** of respective mounting bracket assemblies **612**, **614**. Illustratively, the cables **632** may be steel cables and may be approximately three-eights to ½ inch in diameter. Of course, it is within the scope of this disclosure to include any number of cables made from other suitable materials including composite rope, composite fibers, and other suitable high strength, low stretch materials, and having other suitable

13

14

diameters as well. Further, the cables 632 may be covered in ballistic nylon or canvas to improve aerodynamic drag reduction thereon.

Cable terminals (not shown) may be used to receive the end of each of the cables 632 therein. Such cable terminals may be formed in and/or coupled to the corner post 622 to secure the cables 632 thereto. Of course, other suitable fasteners may be used to couple the cables 632 to the mounting bracket assemblies 612, 614 as well. In use, the cables 632 are taught and operate as a protective system to reduce the risk of automobiles sliding under the floor assembly of the trailer 600 during a side impact accident. Further, the cables 632 retain some flexibility and thus operate to absorb some of the force and energy of any impact thereto to potentially decrease any forces on the passengers within the automobile that is in the accident with the trailer 600.

As shown in FIG. 24, the cable system 630 includes three cables 632 running in parallel to each other at least partially along a length of the trailer 600 to provide the side underride protection to other automobiles. Illustratively, the cable system 630, as well as other cable systems described herein, may be modified to extend along a greater or a lesser length of the trailer than what is illustratively shown in the figures. The cables 632 are approximately four to six inches apart from each other. However, the cable system 630 of the side underride system 600 of the present disclosure may include any number of cables 632 spaced any distance apart from each other. For example, the cable system 630 may include five cables 632, as shown in FIGS. 21 and 22. Such cables 632 may be attached to the corner posts 622 and/or the flange members 620 of the mounting bracket assemblies 620.

Furthermore, the side underride system 600 may also include cable supports 640 (shown in FIG. 21) to support the cables 632 along the length of the trailer 600 between the front and rear mounting bracket assemblies 612. As shown diagrammatically in FIGS. 21 and 22, the cable supports 640 include a plurality of vertical support members coupled to each of the five horizontal cables. The vertical support members are spaced-apart from each other along the length of the cables 632 and operate to provide increased stability and rigidity to the cable system 630. Illustratively, each vertical support may include a chain extending from the top cable 632 to the bottom cable 632 such that each of the five cable 632 is threaded through one of the links of the chain. Further illustratively, the vertical support may include a more rigid beam or bar having five apertures along the length of the bar to receive a respective one of the five horizontally-extending cables 632 therethrough. Each of the vertical supports may be coupled to the floor assembly 26 of the trailer 600. In particular, the cable supports 640 may be coupled to the base rail 260 and/or the cross-members 40 of the trailer 600 and may operate to prevent drooping of the cables 632 and to assist the cables 632 in working together to take loading from a vehicle impact and reduce the extent to which such a vehicle can intrude under the side or ends of the trailer 10.

As shown in FIGS. 21 and 22, the cable system 630 includes cables 632 which run along a length of the trailer 600 from the rear mounting bracket assembly 612 to the front mounting bracket assembly 612 along each of the right and left sides of the trailer 600. However, the cable system 630 may also include cables 632 which run across a width of the trailer 600 from one vertical post 622 of one of the mounting bracket assemblies 612 or 614 to the other vertical post 622 of the same mounting bracket assembly 612 or 614, as shown in the alternative mounting bracket assemblies 712 of FIGS. 24-27, for example. In particular, the mounting bracket assemblies 712 are similar to the mounting bracket assemblies 612; as such, like reference numbers are used to denote the same or similar components. However, the mounting bracket assemblies 712 shown in FIGS. 24-27, include alternative vertical corner posts 722.

Illustratively, each post 722 includes first and second adjacent side walls 724 and shortened end walls 726 each coupled to one of the side walls 724. As shown in FIG. 26, the cross-section of each corner post 722 defines a partially-formed square tube. The corner posts 722 further include rounded cable guides 730 coupled to each of the end walls 726 in order to guide a cable 632 therethrough to make a 90 degree bend. As shown in FIGS. 26 and 27, the end of each cable guide 730 is received through an aperture in one of the end walls 726 of the post 722. Illustratively, the cable system 630 shown in FIGS. 24-27 includes three cables 632; thus, the post 722 includes three cable guides 730. Accordingly, the cable system 630 coupled to the mounting bracket assemblies 712 of FIGS. 24-27 may include continuous strands of cables 632 extending along a first side of the trailer 600 from the front mounting assembly 712, to the rear mounting assembly (not shown), across the rear width of the trailer 600 (and thus across the rear mounting assembly), along a second side of the trailer 600 from the rear mounting assembly to the front mounting assembly 712, and across the front width of the trailer 600 (and thus across the front mounting assembly 712). Further, the cable system 630 may include turn buckles 650 coupled to each individual cable 632 in order to tension the cable 632 as desired. Of course, it should be understood that other suitable tensioning devices may be used in order to tension the cables 632 as desired.

As shown in FIGS. 1-20, a trailer 10 may be provided with a side skirt system 12, 112, 212, 312, 412, 512 including any number of mounting bracket assemblies 34, 134, 234, 334, 434, 534. Further, as shown in FIGS. 21-27, a trailer 600 may be provided with a side underride system 610, 710 including a variety of different cable systems 630 having any number of cables 632 and mounting bracket assemblies 612, 712. Illustratively, the side skirt systems and the side underride systems may be used together, as shown in FIG. 33, to provide a trailer having both a side skirt system extending along the length of each side of the trailer and a side underride system also extending along the length of each side of the trailer. Illustratively, when the side skirt assembly and the side underride system are used together, the side underride system is positioned laterally outwardly from the side skirt assembly in order to allow the side skirt assembly to tilt laterally inwardly a suitable amount, as illustratively shown by the right portion of side skirt system 12 in FIG. 33. However, it is also within the scope of this disclosure to position the side skirt assembly laterally outwardly from the side underride system when mounting both to the same trailer, as illustratively shown by the left portion of the side skirt system 12 in FIG. 33. Illustratively, the cable system of the side underride system and the side wall of the side skirt assembly may be spaced any suitable distance apart from each other as each are mounted to the floor assembly portion of the trailer. It should also be understood that while FIG. 33 illustratively shows the side skirt system 12 used with the cable system 630, any of the side skirt systems disclosed herein may be used with any of the side underride cable systems disclosed herein. Further, the side skirt and cable underride systems disclosed herein may be coupled directly to each other. For example, the side skirt of any one of the side skirt systems disclosed herein may be directly coupled to any one of the cable systems of the underride systems disclosed herein. As noted above, the side under-

15

ride system may also extend along the width of the trailer at the front and rear mounting assemblies of the side underride system.

Looking now to FIGS. **28-30**, a tether assembly **800** is provided. The tether assembly **800** is coupled to both the trailer **10** and one of the side skirt systems disclosed above in order further maintain the connection between the side skirt wall and the trailer in the event that one of the mounting bracket assemblies happens to fail. The tether assembly **800** also operates to provide added lateral stiffness for the side skirt wall. Illustratively, as shown in FIG. **28**, the tether assembly **800** is coupled to one of the cross members **40** of the trailer **10** as well as the side skirt panel **32** of the skirt system **12**. It should be understood, however, that the tether assembly **800** may be used with any of the skirt systems disclosed above.

As shown in FIGS. **28** and **29**, the tether assembly **800** includes a lower bracket **810** coupled to one of the cross members **40** of the trailer **10**. Illustratively, multiple tether assemblies **800** may be used with skirt system. Such tether assemblies may be positioned along the length of the trailer and coupled to any number of cross members of the trailer to further connect the trailer to the skirt system. Illustratively, the bracket **810** includes a planar portion **812** having four apertures **814** formed therethrough. As shown in FIG. **28**, the planar portion **812** of the lower bracket **810** is adjacent to and engaged with a bottom surface of the cross member **40**. The lower bracket **810** further includes a curved or hook portion **816** coupled to one end of the planar portion **812** and a downwardly-extending flange portion **818** couple do the other end of the planar portion **812**. As shown in FIG. **29**, the flange portion **818** includes two apertures **820** formed therethrough. Illustratively, the hook portion **816** of the lower bracket **810** is configured to hook onto a side edge **822** of the bottom, horizontal flange **59** of the cross member **40** such that an upper surface of the planar portion **812** is engaged with a lower surface of the flange **59**.

The tether assembly **800** further includes an upper bracket **830** coupled to the lower bracket **810**. Illustratively, the upper bracket **830** includes a planar portion **832** and a spacer **834** coupled to the planar portion **832**. An aperture **836** is formed through the planar portion **832**. In use, a bottom surface of the planar portion **832** is adjacent an upper surface of the bottom flange **59** of the cross member **40**, as shown in FIG. **28** and the aperture **836** of the upper bracket **830** is aligned with one of the four apertures **814** of the lower bracket **810**. A fastener is provided to secure the upper bracket **830** and the lower bracket **810** to each other such that the flange **59** is positioned between the two brackets **810**, **830**. As shown in FIG. **29**, the illustrative fastener is a bolt **840** and nut **842**. However, it should be understood that any suitable fastener, such as a rivet, screw, or weld, for example, may be used. Further illustratively, while the aperture **836** of the upper bracket **830** is aligned with one particular aperture **814** of the lower bracket **810**, it should be understood that the aperture **836** may be aligned with any of the four apertures **814**. In particular, the apertures **814** of the lower bracket **810** are provided to allow the lower bracket **810** to be used with cross members **40** having bottom flanges **59** of various widths. As such, the lower bracket **814** may include any suitable number of apertures positioned therethrough for use with any variety of differently-sized cross members.

Looking still to FIGS. **28** and **29**, the tether assembly **800** further includes a pivot bracket **850** coupled to the lower bracket **810**. Illustratively, the pivot bracket **850** is coupled to the downwardly-extending flange portion **818** of the lower bracket **810**. The pivot bracket **850** includes a vertically-

16

extending planar portion **852** having a vertically-elongated slot **854** formed therethrough. The pivot bracket **850** further includes a side flange portion **856** coupled to a side edge of the planar portion **852** and extending outwardly away from the planar portion **852** to define a plane generally perpendicular to a plane defined by the planar portion **852**. An aperture **858** is formed through the flange portion **856**.

Illustratively, the pivot bracket **850** is pivotably coupled to the lower bracket **810** by a fastener **860** including, for example, a tee nut **861** and a coordinating pivot bolt **862**, as shown in FIG. **29**. It should be understood, however, that any suitable fastener, such as a bolt, rivet, or screw, for example, may be used to pivotably secure the pivot bracket **850** and the lower bracket **810** together. Illustratively, the fastener **860**, including the tee nut **861** and bolt **862**, is received through the slot **854** of the pivot bracket **850** and one of the two apertures **820** of the flange portion **818** of the lower bracket **810**. Accordingly, the fastener **860** operates as a pivot pin allowing the pivot bracket **850** to pivot thereabout. As noted below, the slot **854** in the planar portion **852** of the pivot bracket **850** enables the pivot bracket **850** to be able to translate relative to the upper and lower brackets **830**, **810**. Illustratively, while the pivot bracket **850** is shown to be secured to one particular aperture **820** of the lower bracket **810**, it should be understood that the pivot bracket **850** may be coupled to the other aperture **820** as well. Illustratively, the flange portion **818** of the lower bracket **810** includes two apertures **820** to accommodate for road-side and curb-side installations of the tether assembly **800** to the trailer **10**. In particular, in order to allow the tether assembly to be mounted at the forward-most end of the skirt assembly on both the road-side and the curb-side of the trailer **10**, the two apertures **820** are provided. Furthermore, while the flange portion **818** of the lower bracket **810** includes two apertures **820**, it should be understood that the flange portion **818** may include any suitable number of apertures **820** therethrough to further accommodate for various road-side and curb-side configurations.

The tether assembly **800** further includes a skirt fastener **870** configured to couple the pivot bracket **850** to the side skirt wall **30**. Illustratively, the skirt fastener **870** is a blind rivet having an expandable rivet portion **872**, including a head **876**, and removable center pin **874**. Illustratively, the skirt fastener **870** is coupled to and extends through an aperture (not shown) formed in an upper portion of the side skirt wall **32**. This aperture is formed through a stiffener angle **878** coupled to an upper end portion of the side skirt wall **32**. Illustratively, the rivet portion **872** is slip-fit into the aperture **858** of the flange portion **856** of the pivot bracket **850** to secure the flange portion **856** to the side skirt wall **32** such that the rivet portion **872** of the fastener **870** is positioned adjacent inside surface of the side skirt wall **32** and is received through the aperture **858** of the flange portion **856**, as shown in FIGS. **28** and **30**. In use, the rivet portion **872** of the fastener **870** expands when the center pin **874** is removed in order to fasten the pivot bracket **850** and the stiffener angle **878** together. As shown in FIG. **29**, a rear surface (not shown) of the head **856** is adjacent to and engaged with an inner surface **880** of the stiffener angle **878** of side skirt wall **32**. Illustratively, it should be understood that while the skirt fastener **870** is a blind rivet, any other suitable fastener, such as any suitable rivet, screw, weld, or bolt, for example, may be used as well.

In use, as noted above, the tether assembly **800** is provided as a back-up system to maintain the connection between the trailer **10** and the side skirt system **12** in the event that one of the mounting bracket assemblies coupling the side skirt system **12** to the trailer **10** fails. The tether assembly **800** also operates to provide added lateral stiffness for the side skirt

17                                                    18

wall **32**. As shown in FIG. **30**, the pivot bracket **850** of the tether assembly **800** moves with the side skirt panel **32** to which it is attached as the side skirt panel **32** articulates relative to the trailer both laterally inwardly and laterally outwardly. The upper and lower brackets **830**, **810**, however, remain stationary relative to the cross member **40** to which they are attached. Illustratively, as the side skirt wall **32** articulates laterally outwardly, the vertically-elongated slot **854** of the pivot bracket **850** allows the pivot bracket **850** to move with the side skirt wall **32** relative to the upper and lower brackets **830**, **810**. As shown, when the side skirt wall **32** is articulated laterally outwardly, the pivot fastener **860** is generally positioned at or toward the top of the slot **854**. When the side skirt wall **32** is in a generally vertical orientation relative to the trailer **10**, however, the pivot fastener **860** is generally positioned toward the bottom of the slot **854**. Finally, when the side skirt wall **32** is articulated laterally outwardly, the pivot fastener **860** is again generally positioned at or toward the top of the slot **854**.

While the particular tether assembly **800** is shown and described herein, it should be understood that any suitable tether assembly which operates to couple the side skirt wall **32** to the trailer **10** while allowing for inward and outward lateral movement of the side skirt wall **32** relative to the trailer **10** is provided. In particular, as shown in FIG. **31**, an alternative tether assembly **900** includes a simple zip tie **910** and a mounting bracket **912**. Illustratively, the mounting bracket **912** is coupled to the side edge **822** of the bottom flange **59** of one of the cross members **40** and the zip tie **910** is coupled to the mounting bracket **912**. An aperture **914** is formed through the stiffener angle **878** of the side skirt wall **32** and the body of the zip tie **910** is looped therethrough in order to further secure the side skirt wall **32** to the cross member **40**. Illustratively, while the zip tie **910** is shown, it should be understood that any suitable type of loop or strap connecting the side skirt panel **32** to the trailer **10** may be used as well.

Further illustratively, another alternative tether assembly **1000** may be used to couple the side skirt wall **32** to one of the cross members **40** of the trailer **10**. As shown in FIG. **32**, for example, the tether assembly **1000** includes a first arm **1010** coupled to the base rail **260** of the trailer **10**, a second arm **1012** coupled to the stiffener angle **878** of the side skirt wall **830**, and a spring member, or living hinge, **1014** between the first and second arms **1010**, **1012**. Illustratively, the first arm **1010** is coupled to the base rail **260** by a bolt **1016**, however, any suitable fastener may be used. Further illustratively, the second arm **1012** is coupled to the side skirt wall **32** by the skirt fastener **870** described above in regards to the tether assembly **800**. In use, the living hinge **1014** allows the tether assembly **1000** to move with the side skirt wall **32** as the side skirt wall **32** moves laterally inwardly and outwardly relative to the trailer **10**.

Illustratively, as noted above, the tether assemblies **800**, **900**, **1000** may be located along a length of each side skirt panel **32** between the mounting bracket assemblies which are positioned at either end of each side skirt panel **32** and which operate to couple adjacent side skirt panels **32** to each other and to the trailer **10**. In particular, two tether assemblies may be coupled to each side skirt panel **32** such that the tether assemblies are located spaced generally equidistantly from either end of the side skirt panel **32**. In other words, the two tether assemblies may be respectively located at approximately one-third the length of the panel **32** and two-thirds the length of the panel **32**. However, it should be understood that any suitable number of tether assemblies may be used in association with each side skirt panel **32** and these tether assemblies may be spaced any distance apart from each other and positioned at any location along the entire length of the side skirt system.

While the invention has been illustrated and described in detail in the foregoing drawings and description, the same is to be considered as illustrative and not restrictive in character, it being understood that only illustrative embodiments thereof have been shown and described and that all changes and modifications that come within the spirit of the invention are desired to be protected.

What is claimed is:

**1**. A side underride cable system configured to be coupled to a trailer, comprising:
 a first plurality of cables configured to be coupled to the trailer and to be positioned below a first side wall of the trailer to extend at least partially along a length of the first side wall of the trailer, each of the cables of the first plurality of cables being parallel to each other cable and to the first side wall of the trailer.

**2**. The side underride cable system of claim **1**, further comprising (i) a first vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent a front end of the trailer and (ii) a second vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent a rear end of the trailer, wherein the first plurality of cables are coupled to and extend between the first and second vertical posts.

**3**. The side underride cable system of claim **1**, further comprising a second plurality of cables configured to be coupled to the trailer and to be positioned below a second side wall of the trailer to extend along a length of the second side wall of the trailer, each of the cables of the second plurality of cables being parallel to each other cable and to the second side wall of the trailer.

**4**. The side underride cable system of claim **3**, further comprising (i) a first vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent a front end of the trailer and (ii) a second vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent a rear end of the trailer, (iii) a third vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent the front end of the trailer and (iv) a fourth vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent the rear end of the trailer, wherein the first plurality of cables are coupled to and extend between the first and second vertical posts and the second plurality of cables are coupled to and extend between the third and fourth vertical posts.

**5**. The side underride cable system of claim **4**, further comprising (i) a first cross-brace coupled to and extending between the first and third vertical posts across a width of the trailer, and (ii) a second cross-brace coupled to and extending between the second and fourth vertical posts across the width of the trailer.

**6**. The side underride cable system of claim **5**, further comprising a front plurality of cables extending across a front width of the trailer and a rear plurality of cables extending across a rear width of the trailer.

**7**. The side underride cable system of claim **6**, wherein the first, second, front, and rear plurality of cables are coupled to each other, and further wherein each of the first, second, third, and fourth vertical posts includes a plurality of curved cable guides such that each cable guide receives a cable therethrough in order to change the orientation of the cable by approximately 90 degrees.

**8**. The side underride cable system of claim **1**, further comprising a turn buckle coupled to each cable of the first plurality of cables to allow a user to tension the cable.

**9**. The side underride cable system of claim **1**, further comprising a plurality of generally vertical cable supports configured to be coupled to and extend downwardly from the trailer, wherein each cable support includes a plurality of vertically-aligned apertures such that each cable of the first plurality of cables extends through one of the plurality of vertically-aligned apertures of each of the plurality of vertical cable supports.

**10**. A side underride cable system configured to be coupled to a trailer, comprising:

a first plurality of cables configured to be coupled to the trailer and to be positioned below a first side wall of the trailer to extend at least partially along a length of the first side wall of the trailer, each of the cables of the first plurality of cables being parallel to each other cable and to the first side wall of the trailer;

a first vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent a front end of the trailer; and

a second vertical post configured to be coupled to the trailer to extend downwardly from the trailer adjacent a rear end of the trailer,

wherein each of the first and second vertical posts includes a plurality of cable guides such that each cable guide receives a cable therethrough in order to change the orientation of the cable by approximately 90 degrees.

**11**. The side underride cable system of claim **10**, further comprising a side flange member coupled to each of the first and second vertical posts, wherein the first plurality of cables is positioned below the side flange members.

**12**. The side underride cable system of claim **10**, wherein each of the first and second vertical post includes a first end wall and a second end wall adjacent to and generally perpendicular to the first end wall, wherein one of the cable guides is coupled to and extends between the first and second end walls of each of the first and second vertical posts.

**13**. The side underride cable system of claim **10**, wherein each of the plurality of cable guides is curved.

\*     \*     \*     \*     \*