# Exhibit 8



# Seven Hills Engineering, LLC.

P.O. BOX 3725 - TALLAHASSEE, FL 32315    1114N THOMASVILLE RD. - TALLAHASSEE, FL 32303
PHONE 850.222.7973    FAX 866.342.1787
WWW.7HE.US    7HE@7HE.US

**Curriculum Vitae**
**Perry L. Ponder, P.E.**

*Profession*    Design Engineer with experience designing semi-trailers, truck components, underride crash protection, and patented adjustable structures; Failure Analyst with experience evaluating product designs and compliance to industry practice; Accident Re-constructionist with experience in passenger vehicle, commercial vehicle, and pedestrian accident reconstruction, including 3-D computer simulations.

*Registrations and Certifications*

State of Florida Licensed Professional Engineer No. 58142
State of Illinois Licensed Professional Engineer No. 062.068292

Accreditation Commission for Traffic Accident Reconstruction (ACTAR)
Fully Accredited Traffic Accident Re-constructionist, Reg. No. 1213

*Education*    Florida State University
Bachelor of Science in Mechanical Engineering, 1995

*Experience*    *Seven Hills Engineering, LLC.,* Tallahassee, FL
August 2004 to Present – President, Design Engineer, Accident Re-constructionist, Failure Analyst

*AngelWing Underride Guards,* Tallahassee, FL
2012 to Present – Inventor and Owner

*Terminal Service Company/McKenzie Tank lines*, Tallahassee, FL
December 1996 to Present, Trailer Design Certifying Engineer

*Adkins Transfer*, Tallahassee, FL
Truck Driver / Loader 1988 – 1996

*Environmental Beach Restoration Systems*, Seoul, South Korea
November 2004 to September 2005 - Owner, Lead Design Engineer

*Beaches and Coastal Systems*, Tallahassee, FL
June 2006 to January 2008 – Professional Engineer

*Benedict Engineering Company, Inc.*, Tallahassee, FL
January 1998 to August 2004 - Accident Reconstructionist, Design Engineer, Failure Analyst, Project Manager

*City of Tallahassee, Hopkins Generating Station*, Tallahassee, FL
January 1995 to April 1995, Intern

***Presentations/***
***Publications***

*Panelist and Demonstrator of AngelWing Side Underride Guard 40mph Crash Demonstration,* IIHS Truck Underride Roundtable 2 Ruckersville, Virginia, August 2017.

*Biomechanical Analysis of Protective Countermeasures in Underride Motor Vehicle Accidents* - Rocky Mountain Bioengineering Symposium & International ISA Biomedical Sciences Instrumentation Symposium, Milwaukee, Wisconsin, April 2009.

*Side Underride Analysis Class – History of Government Rear Underride Regulations,* Fayetteville Arkansas, November 2008.

*PC Crash Accident Reconstruction Simulation Software and its Application in Commercial Vehicle Accidents,* presented to Georgia Motor Trucking Association (GMTA) and Florida Trucking Association (FTA) Safety Management Councils, April 2004.

*New Technology in Automobile and Truck Accident Reconstruction,* Continuing Legal Education (CLE) for the Alabama Defense Lawyers Association, Biloxi, Mississippi, November 2003.

*Enhancing Accident Reconstruction with the Latest Technology,* Presented to the Absolute Litigators Conference IX, CLE for Professional Education Systems Institute, LasVegas, Nevada, April 2004.

*Experimental Installation of a Removable Porous Groyne System at Two Sites on Eglin Air Force Base*, National Conference on Beach Preservation Technology, February, 2004.

*Conferences, Seminars, and Course Work*

*Commercial Vehicle Inspection and Collision Investigation*, Texas A&M University, March, 2000

*Advanced Commercial Vehicle Inspection and Collision Investigation*, Texas A&M University, March, 2000

*Traffic Accident Reconstruction and Investigation*, Northwestern University Traffic Institute, April, 1998

*Analysis of Collisions Involving Pedestrians or Bicyclists,* Collision Safety Institute, Tallahassee, FL, May, 2004

*Advanced Maintenance of Traffic (BT-05-0079,)* University of Florida, Technology Transfer Center, Tampa, Florida, July, 2004.

*PC-Crash 3-D Computer Simulated Accident Reconstruction Workshop,* Vancouver, BC, July, 2003

*PC-Crash: Theory and Use of Multibodies*, MEA Forensics, September 2015

*Black Box Data Retrieval System Operator,* Collision Safety Institute, Tallahassee, FL, September, 2003

*Truck Safety Inspection Program, Safety Management Councils* - Sponsored by Florida / Georgia Trucking Associations, March, 2002

*Occupational Safety and Health (OSHA) Training Course, General Industry Safety and Health,* Tallahassee, FL, 2002

*IIHS Truck Underride Roundtable*, Ruckersville, Virginia, May 2016

*Professional Associations*

- National Association of Professional Accident Reconstruction Specialists (NAPARS)
- Truck Trailer Manufacturers Association (TTMA)
- American Society of Mechanical Engineers (ASME)
- Society of Automotive Engineers (SAE)
- American Society of Safety Engineers (ASSE)
- International Committee on Underride Protection (ICOUP)

*Representative*
*Projects and Work*   **Semi-trailer Design:** Evaluation of structural integrity of trailer designs for trailer manufacturer. Design modifications in accordance with DOT and ASME Boiler and Pressure Vessel Codes. Managed the interpretation and implementation of DOT conspicuity requirements. Design and testing of Rear Underride Guards to FMVSS 223 and 224. Crash testing of Underride Guards. Design of specialty van trailers. Sponsored and mentored Florida State University Senior Design Project: "Semi-Trailer Side Underride Guard with Aerodynamic Fairing - Fall 2010 through Spring 2011."

**Truck Design:** Design and crashworthiness evaluation of custom truck beds (Second Unit Bodies) placed on unfinished truck chassis. Design and evaluation of underride protection for large straight trucks.

**Accident Reconstruction:** Analysis and scientific reconstruction of accidents including automobiles, motorcycles, trucks and pedestrians: occupant kinematics, determination of speeds, time/distance relationships, reaction times, and avoidance scenarios. Perform three-dimensional computer simulation of accidents and avoidance scenarios.

**Trucking Industry:** From 1988 to 1996 drove and loaded large commercial trucks. Worked in the trucking industry in varying capacities for the past 30 years.

**Structure Design:** Design of a patented telescoping and removable porous groyne structure for beach reclamation. Acted as project manager for pilot project on Eglin Air Force Base. Part owner and Lead Design Engineer for beach restoration venture in South Korea. Design of walkways, ladders and human fall protection.

**Power Generation:** Design computer-based performance monitoring system for components of the 250MW generating system at Hopkins Power Plant, Tallahassee, FL, including the high pressure and intermediate pressure turbines and the feed water heaters. Perform efficiency study on same components.

*Patents*   **U.S. Pat. No. 6,481,926** Adjustable Porous Structures and Method for Shoreline Mass Reclamation

**U.S. Pat. No. 6,558,075** Permanent and Semi-permanent Groyne Structures and Method for Shoreline Land Mass Reclamation.

*8/18*