# Exhibit 10

LINDA HAUCK as personal
representative of DEBORAH A.
CHAMBERS,
Plaintiff,

    v.

WABASH NATIONAL CORPORATION
Defendant.

# AFFIDAVIT

| | |
|---|---|
| STATE OF FLORIDA | § § § |
| COUNTY OF LEON | |

BEFORE ME, the undersigned authority, on this day personally appeared Perry Ponder, known to me and who being by me first duly sworn, on oath, says as follows:

1. "My name is Perry Lee Ponder and I am over the age of 18, of sound mind and fully and otherwise capable of making this affidavit. I am the owner of, and consulting engineer with Seven Hills Engineering, LLC, a position I have held since 2004. I am a licensed Professional Engineer (No. 58142) in the State of Florida. I attended school at the Florida State University and received my Bachelor of Science in 1995. I reside in Leon County Florida and have so resided since 1969.

2. In 1996 I was hired as Design Certifying Engineer for Terminal Service Company, a trailer manufacturer, and I hold that position to this day. One of the first projects on which I worked was an underride guard.

3. I have been involved in trailer design, as well as underride guard design for trailers for the entirety of my engineering career up to present - both outside and inside the context of litigation. This includes matters involving both side underride and rear underride collisions.

4. I have been retained and testified as an expert in numerous underride matters involving semi-trailers. In <u>every</u> instance the Courts have allowed me the opportunity to review the Defendant Trailer Manufacturer's underride guard and trailer design drawings, calculations and testing - whether it be a side underride guard or a rear underride guard - without concern for my longstanding involvement in semi-trailer and underride guard design; nor with the objections Wabash has raised in this particular matter.

5. In most instances the design materials and documents are produced under a Court ordered Protective Order to which I am bound and have adhered.

6. Likewise, the Courts have required that **I** produce to Defendant Trailer Manufacturers under the same protected status any design and development work **I** possess on side underride protection including documents relative to the "AngelWing" side guard. It is my expectation that those Defendant Trailer Manufacturers adhere to all Protective Orders.

7. I will, of course, adhere to any Protective Order by this Court in this matter, and I would expect the same of Wabash, its legal representatives, and retained experts."

FURTHER AFFIANT SAYETH NOT.

_____
PERRY L. PONDER

STATE OF FLORIDA § 
§ 
COUNTY OF LEON §

BEFORE ME, the undersigned authority, personally appeared PERRY L. PONDER, who being duly sworn, and is personally known to me, deposes and says that he has read and signed the foregoing and that the statements herein are true and correct to the best of his knowledge, information and belief.

SWORN to and SUBSCRIBED before me this 4 day of January, 2019.

My Commission Expires:
7/19/2019

_____
NOTARY PUBLIC STATE OF FLORIDA

SUSAN SCHANS
Commission # FF 240701
Expires July 19, 2019
Bonded Thru Troy Fain Insurance 800-385-7019