IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA HAUCK as personal representative
of the Estate of Deborah A. Chambers,

    Plaintiff,

vs.                                         Civ. No. 18-471 KG/LF

WABASH NATIONAL CORPORATION,

    Defendant.

### SUMMARY JUDGMENT AS TO CLAIMS BASED ON
### A 2000 WABASH DVCV SEMI-TRAILER, VIN 1JJV532W1YL629228

Having granted, in part, Defendant's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 (Doc. 90) by entering a Memorandum Opinion and Order contemporaneously with this Summary Judgment as to Claims Based on a 2000 Wabash DCVC Semi-Trailer, VIN 1JJV532W1YL629228,

    IT IS ORDERED that

    1. summary judgment is entered in favor of Defendant Wabash National Corporation on Plaintiff's claims based on a 2000 Wabash DCVC Semi-Trailer, VIN 1JJV532W1YL629228; and

    2. those claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE