IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA HAUCK,
*as Personal Representative for*
*Deborah A. Chambers, deceased,*

    Plaintiff,

v.                                                        No. CV 18-0471 KG/LF

WABASH NATIONAL CORPORATION,

    Defendant.

### **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, JUNE 22, 2021, AT 1:30 PM**.  Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE