IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LINDA HAUCK as personal representative
of DEBORAH A. CHAMBERS,

       Plaintiff,

       v.                               Case No. 1:18-CV-00471-KG-LF

WABASH NATIONAL CORPORATION,

       Defendant.

## AGREED ORDER OF DISMISSAL

The parties being in agreement, and the Court being sufficiently advised, it is hereby ORDERED that this action be, and is, DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

Agreed:

/s/ Brian M. Johnson
Brian M. Johnson (admitted pro hac vice)
Dickinson Wright PLLC
300 West Vine Street, Suite 170
Lexington, KY 40507
COUNSEL FOR DEFENDANT


/s/ David Brose
David A. Brose (admitted pro hac vice)
Langdon & Emison LLC
911 Main Street, P. O. Box 220
Lexington, MO 64067
COUNSEL FOR PLAINTIFF